# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Green Biologics, Inc.,** | : | |
| Plaintiffs, | : | Civil Action 2:18-cv-1121 |
| v. | : | Judge James L. Graham |
| **Easy Energy Systems, Inc.,** | : | Magistrate Judge Elizabeth Preston Deavers |
| Defendants. | : | |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

This case is hereby dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) with prejudice.

**STIPULATED AND APPROVED:**

*/s/Jane K. Gleaves*
Jason H. Beehler          (0082220)
Jane K. Gleaves           (0095942)
Kegler, Brown, Hill & Ritter, L.P.A.
65 E. State Street, Suite 1800
Columbus, Ohio  43215
T:  (614) 462-5400 / F:  (614) 464-2634
jbeehler@keglerbrown.com
jgleaves@keglerbrown.com
*Attorneys for Plaintiff*

*/s/ Andrew W. Owen (per e-mail consent)*
Andrew W. Owen         (0059646)
Ulmer & Berne LLP
65 East State Street, Suite 1100
Columbus, Ohio 43215
T: (614) 229-0018 / F: (614) 229-0001
aowen@ulmer.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed and served via the Court's ECF system on this 29th day of May, 2020, upon counsel of record.

>	*/s/Jane K. Gleaves*
>	Jane K. Gleaves